v.

## DHS (Sealed)

61 CD 2017

Commonwealth Court of Pennsylvania.

10/05/2017

Department of Human Services, Bureau of Hearings and Appeals, 21–13–1042

Affirmed

■

## S & H TRANSPORT

v.

## CITY OF YORK

242 CD 2017

Commonwealth Court of Pennsylvania.

10/05/2017

York County Civil Division, 2012–SU–4143–54

Reversed

■

## WSM, INC.

v.

## PALCB

90 CD 2017

Commonwealth Court of Pennsylvania.

10/05/2017

Northampton County Civil Division, C–48–CV–2016–3494

Affirmed

■

## PENNDOT

v.

## FOSTER, E.

2059 CD 2016

Commonwealth Court of Pennsylvania.

10/06/2017

Allegheny County Civil Division, No. S.A. 16–703.

Reversed